**Order entered September 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01591-CR

### CHARLES LEE GALLAMORE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 1
Collin County, Texas
Trial Court Cause No. 001-85499-2013**

## ORDER

The Court **GRANTS** appellant's September 17, 2015 motion for extension of time to file an amended brief.

We **ORDER** appellant to file the amended brief **on or before October 10, 2015**.


/s/     ADA BROWN
         JUSTICE